Pro Se 14 (INND Rev. 2/20)                                                                                          page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

LLOYD LICHTI #142530

*[You are the PLAINTIFF, print your full name on this line.]*

Scanned at WCF and Emailed
on 6/6/23 By M3 30 pages
(date)    (initials)    (num)

v.

DR. THOMAS RYAN,

3:23-cv-580

Case Number _____

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* DR. THOMAS RYAN | FRANCISCAN HEALTH 301 WEST HOMER STREET MicHigan City, IND. 46360 |
| 2 | *[Put the names of any other defendants in these boxes.]* | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? _____

2. What is the name and address of your prison or jail? WESTVILLE CORRECTIONAL FACILITY 5501 SOUTH 1100 WEST, WESTVILLE, IN. 46391

3. Did the event you are suing about happen there? ◯ Yes. ⊗ No, it happened at: FRANCISCAN HEALTH IN MicHigan City, IND.

4. On what date did this event occur? Aug 10TH, 2021 THRU Aug. 13TH, 2021 & DEC. 8, 2021

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (INND Rev. 2/20)

Claims and Facts (continued)

_____

_____

_____

_____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (INND Rev. 2/20)                                                                      page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. ON AUG. 10, 2021 I WAS INCARCERATED AT INDIANA STATE PRISON. WHILE SHOWERING, I STEPPED ON A MATT WHICH SLIDE OUT FROM UNDER ME AND CAUSED ME TO FALL. AN X-RAY SHOWED I HAD A BROKEN FEMUR IN MY LEFT LEG. I WAS TAKEN TO FRANCISCAN HOSPITAL IN MICHIGAN CITY, IN AND OPERATED ON BY SURGEON DR. THOMAS RYAN ON AUG 13, 2021. HE INSERTED A METAL ROD IN MY FEMUR WITH A SCREW AT THE BOTTOM AND ANOTHER SCREW AT THE TOP. LATER, AFTER THE SURGERY, DR. RYAN CAME TO MY HOSPITAL ROOM AND TOLD ME THE SURGERY ONLY TOOK HIM SEVEN (7) MINUTES AND THAT HIS BEST WAS FIVE (5) MINUTES. DURING MY REHABILATATIVE EXERCISES AND WALKING, THE TOP SCREW MOVED INWARD AND DESTROYED MY HIP JOINT BALL AND SOCKET. A SECOND SURGERY DONE BY THE SAME SURGEON, DR. THOMAS RYAN, REQUIRED A COMPLETE HIP REPLACEMENT BUT HE MADE MY LEFT LEG LONGER THAN MY RIGHT LEG AND I HAVE CONSTANT LOWER BACK AND LEFT KNEE PAIN. MY SECOND SURGERY TOOK PLACE ON DEC. 8, 2021.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)                                                                                          page 4

5. When did this event happen?

○ Before I was confined.

○ While I was confined awaiting trial.

⊗ After I was convicted while confined serving the sentence.

○ Other: _____

6. Have you ever sued anyone for this exact same event?

⊗ No.

○ Yes, attached is a copy of the final judgment **OR** an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

⊗ No, this event is not grievable at this prison or jail.

○ Yes, I filed a grievance and attached is a copy of the response from the final step.

○ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   *[NOTE: A case filed on this form will not overturn your conviction or change your release date.]*

ENTER A DECLATORY JUDGMENT IN PLAINTIFFS FAVOR AND AgAINST DEFENDANT.
ORDER DEFENDANT TO PAY PLAINTIFF COMPENSATORY DAMAGES OF $800,000.00.
ORDER DEFENDANT TO PAY PLAINTIFF PUNITIVE DAMAGES OF $800,000.00.
GRANT ANY OTHER RELIEF THIS HONORABLE COURT DEEMS APPROPRIATE.
GRANT PLAINTIFF All LEGAL FEES AND ATTORNEYS COMPENSATION

*[Initial Each Statement]*

_I will pre-pay the filing fee **OR** file a prisoner motion to proceed in forma pauperis.

_I will keep a copy of this complaint for my records.

_I will promptly notify the court of any change of address.

_I **WILL NOT** send more than one copy of any filing to the court.

_I **WILL NOT** send summons, USM-285, or waiver forms to the clerk.

_I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on _6_/_6_/20_23_ at _9:00_ am/pm.
*[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]*

_____                        _142530_
Signature                                                         Prisoner Number

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*